IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANDELENE ASTACIO-RIVERA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-1276 |
| | : | |
| NANCY A. BERRYHILL,[1] | : | |
| *ACTING COMMISSIONER OF SOCIAL* | : | |
| *SECURITY* | : | |

## **ORDER**

AND NOW, this 24th day of May, 2017, upon consideration of Plaintiff Mandelene Astacio-Rivera's Brief and Statement of Issues in Support of Request for Review and the Commissioner of Social Security's response thereto, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, to which no objections have been filed,[2] it is ORDERED:

- The Report and Recommendation (Document 16) is APPROVED and ADOPTED;

- Plaintiff's Motion for Summary Judgment and Request for Review (Document 11) is DENIED;

- Judgment is entered affirming the decision of the Commissioner of Social Security; and

- The Clerk of Court is directed to mark this case CLOSED.

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Federal Rule of Civil Procedure 25(d), Berryhill is substituted for Carolyn W. Colvin as the Defendant in this case.

[2] The Report and Recommendation was sent to all parties of record on April 12, 2017, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within fourteen days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.

BY THE COURT:


<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.